PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE: 07/12/17

IN RE: CONNIE LYNN SNOW

CASE NO: 17-02133-EE

**APPEARANCES:**
(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

( ) DEBTOR 2 (Spouse in Joint Cases)
    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced
    ( ) Pay advices received

Credit counseling certificate (✓) filed  ( ) not filed
Tax returns received for ___2016___ (years) on _____
Financial Documents were ( ) retained by trustee  (✓) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    (✓) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
20____ AT _____ O'CLOCK _____.M.

YES (✓) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR (s) __Origin Bank__

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____
_____

DATED: __July 12, 2017__
Track # _____ or Tape # _____ Side _____

TRUSTEE: __DEREK A. HENDERSON__
Counter Start # _____